IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

       Plaintiff,

vs.                                  Civ. No. 19-558 KG/JHR

PROTEGE EXCAVATION, INC.,

       Defendant.

<u>ORDER TO SHOW CAUSE</u>

       This matter comes before the Court upon Plaintiff's Motion to Show Cause. (Doc. 14). On August 22, 2019, the Court granted Plaintiff's request for a prejudgment writ of replevin that issues to the Sheriff of Taos County, and Bernalillo County, or any other New Mexico county where the Collateral may be found, to secure the Collateral pending proceedings and deliver it to the Plaintiff. (Doc. 11). Despite numerous attempts to locate the Collateral at Defendant's principal place of business and locations known and provided for Defendant, the Taos County Sheriff Department and the Colfax County Sheriff Department were unable to locate the Collateral. Plaintiff, therefore, filed this Motion to Show Cause, which the Court determines has merit.

       IT IS ORDERED that

    1. The Motion to Show Cause (Doc. 14) is granted; and

    2. Defendant shall appear before the Court on January 17, 2020, at 11:00 a.m., United States District Court, 4th Floor Hondo Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico, to show cause why the Collateral should not be immediately surrendered and delivered in accordance with the subject loan documents or alternatively, to appear and (1) provide a full

accounting and exact location of the Collateral; and (2) cooperate with Plaintiff's Repossession Agent to obtain the Collateral.

_____
UNITED STATES DISTRICT JUDGE