IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

      Plaintiff,

v.                                                                                                          No. CV 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

      Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, AUGUST 17, 2020, AT 2:00 PM**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.  CALLS WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

_____
UNITED STATES DISTRICT JUDGE