IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

v.                                                      Civ. No. 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a telephonic status conference is scheduled for **MONDAY, AUGUST 17, 2020, at 2:00 p.m.** to discuss Plaintiff's $10 million premium bond payment renewal due date of August 20, 2020. Counsel for Plaintiff and Steven Vigil shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE