IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

                                                    Case No. 1:19-cv-00558-KG-JHR

v.

PROTEGE EXCAVATION, INC.,

    Defendant.

## WRIT OF ASSISTANCE

TO THE SHERIFF OF THE COUNTY WHERE THE PROPERTY MAY BE LOCATED, GREETINGS:

We order that, without delay, you cause to be replevied unto the Plaintiff Commercial Credit Group Inc. ("Plaintiff") using such force as is reasonably necessary, including the breaking of chains or locks, or forcing open doors or gates, the following collateral which Defendant Protégé Excavation, Inc. ("Defendant") wrongfully detains from Plaintiff:

| Equipment Description | Serial Number |
|---|---|
| -2008 Tigercat M726E 4-wheeled Fellerbuncher/mulcher | 726M3561 |
| -2009 John Deere 770D Articulated frame grader | DW770DX623991 |
| -2012 John Deere 350G LC Crawler mounted hydraulic excavator | 1FF350GXCCE808440 |
| -2015 John Deere 333E Skid steer | 1T0333EKADE248035 |
| -2014 Kobelco ED160-3 Crawler mounted hydraulic excavator | LH02-01538 |
| -2008 Case 1150K Standard crawler dozer | N7DC00207 |
| -1988 Mitsubishi MG100 Motor grader | 1G500072 |
| -2007 John Deere 310J Tractor loader backhoe | T0310JX143362 |

-2014 John Deere 60G Crawler
mounted hydraulic excavator                    1FF060GXVEJ285982

-1990 John Deere 670B Articulated
frame grader                                   DW670BX527502

A copy of the Complaint for Replevin and Default Judgment are attached hereto.

WITNESS the undersigned Judge, United States District Court for the District of New Mexico, State of New Mexico, the seal of said Court, this 13th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

This writ is issued at the request of Plaintiff's counsel, Snell & Wilmer, L.L.P., 201 Third Street, NM, Suite 500, Albuquerque, NM 87102.