IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP, INC.,

    Plaintiff,

vs.                                               Civ. No. 19-558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

## ORDER

On January 4, 2021, Plaintiff complied with the Court's December 23, 2020, Order by filing "Commercial Credit Group, Inc.'s Notice of Status of Equipment Location Information from Steven Vigil and Violation of Order and Request for Hearing" (Notice of Status). *See* (Docs. 64 and 66). Given the assertions in the Notice of Status, the Court set this matter for a telephonic status conference, which it held on January 11, 2021. At the telephonic status conference, Jeane Y. Sohn appeared on behalf of Plaintiff and Steven Vigil appeared *pro se*.

Having considered the comments and argument by Ms. Sohn and Mr. Vigil at the telephonic status conference, the Court ORDERS

1. Ms. Sohn and Mr. Vigil will coordinate a time and place for Mr. Vigil and Plaintiff's agent to meet in order to physically locate the following units of equipment: 2009 Case 1150K Standard, 2012 John Deere 350 G LC, and 2014 Kobelco ED 160-3;

2. Mr. Vigil and Plaintiff's agent must locate the above equipment no later than 5:00 p.m. on Wednesday, January 13, 2021;

2

    3.  if any of the above equipment are not located as ordered above, Plaintiff must notify the Court in writing, no later than 5:00 p.m. on Wednesday, January 13, 2021, what progress and efforts were made to locate the missing equipment.

_____
UNITED STATES DISTRICT JUDGE