IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

v.                                        Civ. No. 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

### ORDER TO SHOW CAUSE AND NOTICE OF TELEPHONIC HEARING

The Court sets this matter for a telephonic show cause hearing in which Steven Vigil must show why the Court should not re-arrest him for failing to purge his contempt by complying with the conditions set forth in the Court's previous orders (Docs. 64 and 69). *See also* Commercial Credit Group, Inc.'s Notice of Status of Efforts and Progress Made in Locating Equipment and Meeting with Steven Vigil (Doc. 70).

**IT IS ORDERED** that

1. a telephonic show cause hearing is scheduled for **MONDAY, JANUARY 25, 2021, at 2:00 p.m.** Counsel for Plaintiff and Steven Vigil shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings; and

2. if Mr. Vigil fails to attend the telephonic show cause hearing, the Court will issue another bench warrant for his arrest.

_____
UNITED STATES DISTRICT JUDGE