IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP, INC.,

    Plaintiff,

vs.                                                                           Civ. No. 19-558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

## ORDER

On January 13, 2021, Plaintiff filed "Commercial Credit Group, Inc.'s Notice of Status of Efforts and Progress Made in Locating Equipment and Meeting with Steven Vigil" (Notice of Status). (Doc. 70). Given the assertions in the Notice of Status, the Court set this matter for a telephonic show cause hearing requiring Steven Vigil to "show why the Court should not re-arrest him for failing to purge his contempt by complying with the conditions set forth in the Court's previous orders (Docs. 64 and 69)." (Doc. 71). The Court held the telephonic show cause hearing on January 25, 2021, at which Jeane Y. Sohn appeared on behalf of Plaintiff and Mr. Vigil appeared *pro se.*

Having considered the comments and argument by Ms. Sohn and Mr. Vigil at the telephonic show cause hearing, the Court ORDERS

1. Mr. Vigil and Plaintiff's agent will meet, in person, as soon as possible, but no later than 5:00 p.m. on Thursday, January 28, 2021, to physically locate the following units of equipment: the 2012 John Deere 350G LC and 2014 Kobelco ED 160-3;

2. Mr. Vigil must, in good faith, take Plaintiff's agent to the last known whereabouts of the above units of equipment; and

3. Plaintiff must notify the Court in writing, no later than 5:00 p.m. on Thursday, January 28, 2021, what progress and efforts were made to locate the missing units of equipment.

_____
UNITED STATES DISTRICT JUDGE