IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

       Plaintiff,

v.                                    No. CV 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

       Defendant.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

       IT IS HEREBY ORDERED that a status conference will be held by telephone on

**MONDAY, FEBRUARY 1, 2021, AT 2:00 PM**.   Counsel shall call the AT&T conference line

at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE