IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

v.     No. CV 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

### AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **FRIDAY, FEBRUARY 26, 2021, AT 11:00 AM**.  Counsel and Mr. Vigil shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE