IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

v.                                                                                    No. CV 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

**<u>ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **<u>FRIDAY, MARCH 26, 2021, AT 10:00 AM</u>**.   Counsel and Mr. Vigil shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE