IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP INC.,

    Plaintiff,

v.                                                                                                  No. CV 19-0558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, AUGUST 23, 2021, AT 10:00 AM**. Counsel and Mr. Vigil shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE