IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP, INC.,

     Plaintiff,

vs.                                                                       Civ. No. 19-558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

     Defendant.

ORDER

The Court held a telephonic status conference in this matter on August 23, 2021.  Jeane Y. Sohn appeared on behalf of Commercial Credit Group, Inc and Steven Vigil appeared *pro se.* Having considered the statements and comments by Ms. Sohn and Mr. Vigil at the telephonic status conference,

IT IS ORDERED that

1.  no later than September 7, 2021, Mr. Vigil will obtain police reports from Taos County and the appropriate Colorado jurisdiction reporting the theft of the 2014 Kobelco ED 160-3;

2.  no later than September 7, 2021, Mr. Vigil will email those police reports to Ms. Sohn;

3.  Mr. Vigil will inform chambers when he has emailed those police reports to Ms. Sohn;

4.  no later than September 10, 2021, Ms. Sohn will file a status report on whether Mr. Vigil has complied with this Order.

_____
UNITED STATES DISTRICT JUDGE