IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP, INC.,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　Civ. No. 19-558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

## ORDER

The Court sets this matter for a telephonic show cause hearing in which Steven Vigil must show cause why the Court should not hold him in civil contempt for failing to comply with the Court's August 23, 2021, Order.

**IT IS ORDERED** that

1.    a telephonic show cause hearing is scheduled for **MONDAY, SEPTEMBER 27, 2021, at 1:30 p.m.**  Counsel for Plaintiff and Mr. Vigil shall call the AT&T conference line 888-398-2342, access code is 9614892, to be connected to the proceedings; and

2.    if Mr. Vigil fails to attend the telephonic show cause hearing, the Court will issue another bench warrant for his arrest.

_____
UNITED STATES DISTRICT JUDGE