IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COMMERCIAL CREDIT GROUP, INC.,

    Plaintiff,

vs.                                                   Civ. No. 19-558 KG/JHR

PROTÉGÉ EXCAVATION, INC.,

    Defendant.

### ORDER TO SHOW CAUSE AND NOTICE OF HEARING

The Court comes before the Court *sua sponte*. On September 20, 2021, the Court entered an Order to Show Cause and set this matter for a telephonic show cause hearing. (Doc. 92). In that Order, the Court directed Stephen Vigil to show cause why the Court should not hold him in civil contempt for failing to comply with the Court's August 23, 2021 Order. (*Id.*) The Order set the matter for a telephonic hearing at 1:30pm on September 27, 2021. (*Id.*) While Mr. Vigil did call the Court's chambers at 12:23pm on the day of the hearing, and indicated that he was aware of the upcoming hearing, he did not appear for the telephonic show cause hearing. Accordingly, the Court will set this matter for an **in-person hearing**, at which Mr. Vigil will show cause why he should not be held in civil contempt for failing to comply with the Court's August 23, 2021, Order and for failing to appear at the September 27, 2021, telephonic show cause hearing.

    **IT IS ORDERED** that

    1.    an in-person show cause hearing is scheduled for **THURSDAY, OCTOBER 14, 2021, at 9:30am**. Counsel for Plaintiff and Steven Vigil shall appear in person in the 3rd Floor East Pecos Courtroom, at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd.

NW, Albuquerque, New Mexico 87102. Counsel and Mr. Vigil should arrive ten minutes early to account for security screening; and

    2.    if Mr. Vigil fails to attend the show cause hearing, the Court will issue another bench warrant for his arrest.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE